UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS A. PRICE,

          Plaintiff,

     v.

ABBEY, et al.,

          Defendants.

Case No. 25-cv-11112-JD

**ORDER RE DISMISSAL**

Plaintiff, a patient at Napa State Hospital, filed a civil rights action. Court mail that the Clerk sent to plaintiff at his last known addresses was returned as undeliverable. Dkt. No. 5. Plaintiff has not provided a current mailing address or otherwise communicated with the Court. More than sixty days have passed since the mail was returned. This case is dismissed without prejudice. *See* Local R. 3-11(b).

     **IT IS SO ORDERED.**

Dated: June 8, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California